Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2967 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Suide vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application to Proceed in Forma Pauperis [4] is granted.



Docketing to mail notices.

| | | Courtroom Deputy Initials: | |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUN 11 PM 4:26

FILED